UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE WORLD TRADE CENTER LOWER : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION :
-----------------------------------------------------------------X
SEVERO VEGA (AND WIFE, LILA : 07-CV-4521-AKH
GONZALEZ),
                                     :
                     Plaintiff, : **APPEARANCE**

  - against -              :

ALAN KASMAN DBA KASCO, *et al.*, : **ELECTRONICALLY FILED**

                     Defendants.
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York        DICKSTEIN SHAPIRO LLP
       October 3, 2007

                                      By:    /s/ Judith R. Cohen
                                            Judith R. Cohen (JC-8614)
                                            1177 Avenue of the Americas
                                            New York, New York 10036
                                            Phone: (212) 277-6500
                                            Fax: (212) 277-6501
                                            *Attorney for Defendant*
                                            MERRILL LYNCH & CO., INC.